**E-FILED**
Friday, 25 September, 2015  04:56:43 PM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS
### ROCK ISLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No: 4:14-cv-04087-SLD |
| | ) | |
| THIRTEEN THOUSAND SIX HUNDRED | ) | |
| TWENTY-FOUR AND 84/100 | ) | |
| DOLLARS ($13,624.84) IN U.S. CURRENCY, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER FOR DEFAULT JUDGMENT

WHEREAS, the United States of America, Plaintiff, has moved this Court for the entry of a final judgment by default pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, against the defendant, Melissa Traub, Robert Traub, and all other potential claimants, and for the forfeiture of the defendant;

WHEREAS, the United States of America has shown that there is probable cause to believe the defendant was used or intended to be used to commit or to facilitate the commission of a violation of Title II of the Controlled Substances Act, 21 U.S.C. § 801, et seq., or was the result of proceeds traceable to the exchange of controlled substance, and is, therefore, subject to forfeiture to the United States of America, pursuant to 21 U.S.C. § 881(a)(4) and (a)(6).

WHEREAS, service of process requirements have been met, all potential claimants, known and unknown, have received notice by publication of the pendency of this action, and no one has timely filed a claim and answer to defend the defendant;

WHEREAS, the potential claimants are not infants or incompetent persons and are not in the military within the purview of the Soldiers and Sailors Civil Relief Act of 1940, as amended;

WHEREAS, on June 23, 2015, the Court granted the government's Motion for Entry of Default against the defendant, Melissa Traub, Robert Traub, and all other potential claimants. THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

1.      That a judgment of default shall enter against the defendant, Melissa Traub, Robert Traub, and all other potential claimants.

2.      The defendant property is hereby forfeited to the United States of America and no other right, title or interest shall exist therein.

3.      This cause is dismissed with prejudice.

IT IS SO ORDERED this 25th day of September, 2015.

s/ Sara Darrow
_____
SARA DARROW
UNITED STATES DISTRICT JUDGE